UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| TOYO KOHAN CO. LTD, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES, | ) )    Court No. 24-00261 |
| Defendant, | ) ) |
| THOMAS STEEL STRIP CORPORATION, | ) ) |
| Defendant-Intervenor. | ) ) ) |

**SCHEDULING ORDER**

Upon consideration of the Parties' Joint Status Report and Proposed Briefing Schedule, and all other papers and proceedings in this action, it is hereby

**ORDERED** that this action shall proceeding in accordance with the schedule set forth below:

1. Plaintiff shall file its U.S. Court of International Trade Rule 56.2 motion for judgment on the agency record and supporting brief on or before Friday, May 2, 2025;

2. Defendant and Defendant-Intervenor shall file their respective response briefs on or before Tuesday, July 1, 2025;

3. Plaintiff shall file its reply brief on or before Tuesday, July 29, 2025;

4. Plaintiff shall file the joint appendix on or before Tuesday, August 12, 2025; and

5. Any motion for oral argument shall be filed on or before Tuesday, August 19, 2025.

**SO ORDERED**

    Dated _____                  _____
        New York, New York             Hon. Jane A. Restani, Judge

# UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE**

| | |
|---|---|
| TOYO KOHAN CO. LTD, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| UNITED STATES, | ) )   **Court No. 24-00261** |
| Defendant, | ) ) ) |
| THOMAS STEEL STRIP CORPORATION, | ) ) ) |
| Defendant-Intervenor. | ) ) ) |

## JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

Pursuant to Rule 56.2(a) of the Rules of the United States Court of International Trade and Rule 56.2 Notice issued on February 3, 2025 (ECF 21), counsel for Plaintiff Toyo Kohan Co., Ltd. ("Toyo Kohan" or "Plaintiff"), Counsel for Defendant, United States and Counsel for Defendant-Intervenor, Thomas Steel Strip Corporation respectfully submit this Joint Status Report (Section I) and Proposed Briefing Schedule (Section II).

Plaintiff's appeal challenges certain aspects of the Department of Commerce's ("Commerce") final results in the administrative review of the antidumping duty order on diffusion-annealed, nickel-plate flat-rolled steel from Japan, covering the period May 1 2022, through – April 30, 2023. *See Diffusion-Annealed, Nickel-Plated Flat-Rolled*

*Steel Products From Japan: Final Results of Antidumping Duty Administrative Review; 2022-2023*, 89 Fed. Reg. 95,735 (Dep't of Commerce Dec. 3, 2024) (Case No. A-588-869) ("*Final Results*").

## I.     JOINT STATUS REPORT

Below, the parties address the matters set forth in United States Court of International Trade Rule 56.2(a).

1. *Does the Court have jurisdiction over the action?*

This action arises from the final results of an administrative review performed pursuant to 19 U.S.C. §1675(a). As a result, Plaintiff contends that the Court has jurisdiction pursuant to 19 U.S.C. §1516a(a)(2)(B)(iii) and 28 U.S.C. §1581(c).

Defendant and Defendant-Intervenors are unaware of any basis upon which to challenge the asserted basis for jurisdiction at this time.

2. *Should the case be consolidated with any other case or should any portion of the case be severed, and the reasons for such severance?*

No. The parties do not believe that this case should be consolidated with any other case.

3. *Should further proceedings in this case be deferred pending consideration of another case before the court or any other tribunal and the reasons for such deferral?*

No. Proceedings in this case should not be delayed on the basis of any case pending before this court or another tribunal.

4. *Should the court be aware of any other information at this time?*

No. The parties are not aware of any other information of which the Court should be aware at this time.

**II.     PROPOSED BRIEFING SCHEDULE**

The parties have conferred and propose the following agreed-upon schedule for briefing in this proceeding:

| | |
|---|---|
| Plaintiff shall file its Rule 56.2 motion and supporting brief on or before: | Friday, May 2, 2025 |
| Defendant and Defendant-Intervenor shall file their respective response briefs on or before: | Tuesday, July 1, 2025 |
| Plaintiff shall file its reply brief on or before: | Tuesday, July 29, 2025 |
| Plaintiff shall file the joint appendix on or before: | Tuesday, August 12, 2025 |
| Any motion for oral argument shall be filed on or before: | Tuesday, August 19, 2025 |

The parties agree that the word count limitations for briefs in the Standard Chambers Procedures should apply.

Respectfully submitted,

/s/ Daniel L. Porter

Daniel L. Porter
William C. Sjoberg
Will Chandler
Ana M. Amador Gil

**Curtis, Mallet-Prevost, Colt & Mosle, LLP**
1717 Pennsylvania Avenue, NW.
Suite 1300
Washington, DC 20006
(202) 452-7340
*Counsel to Toyo Kohan Co., Ltd.*

YAAKOV M. ROTH
Acting Assistant Attorney General


PATRICIA M. McCARTHY
Director

/s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

/s/ Emma E. Bond
EMMA E. BOND
Senior Trial Counsel
United States Department of Justice
Commercial Litigation Branch
Civil Division
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-2034
Email: emma.e.bond@usdoj.gov



/s/ James R. Cannon Jr.
James R. Cannon Jr.
Nicole Brunda
Urika Kristin Skitarelic Swanson
**Cassidy Levy Kent**
2112 Pennsylvania Ave., N.W., Suite 300
Washington, D.C.  20037
*Counsel for Thomas Steel Strip Corporation*