**UNITED STATES COURT OF INTERNATIONAL TRADE**

TOYO KOHAN CO., LTD.,

            Plaintiff,

    v.

UNITED STATES,

            Defendant,

THOMAS STEEL STRIP CORPORATION,

            Defendant-Intervenor.

Before: Jane A. Restani, Judge

Court No. 24-00261

**JUDGMENT**

This case, having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision, it is hereby

ORDERED, ADJUDGED, and DECREED that the Final Results of Redetermination Pursuant to Court Remand, ECF No. 65-1 (Feb. 18, 2026) are **SUSTAINED**.

                          /s/ Jane A. Restani
                         Jane A. Restani, Judge

Dated: May 22, 2026
      New York, New York